# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Megan De'an Whittington

Location of Plaintiff(s)/Petitioner(s) (city/state): Woodstock, Virginia

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____
    Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____
Street Address: 120 Hottel Road
City-State-ZIP: Woodstock, Virginia 22664
Telephone Number: 540-333-1401
E-mail Address: meganwhittington30@gmail.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes  ☐ No

Nature of Suit Code: 515, 516
Select only one (three digit) nature-of-suit code from the attached sheet

Agency Identification Code: ED, HHS, O
Number of Claims Involved: 3

Amount Claimed: $ _____
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
    Is plaintiff a small business?  ☐ Yes  ☑ No
    Was this action proceeded by the filing of a protest before the GAO?  ☐ Yes  ☑ No    Solicitation No. _____
    If yes, was a decision on the merits rendered?  ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims?  ☐ Yes  ☑ No  If yes, you are required to file a separate notice of directly related case(s). See RCRC 40.2.

Received - USCFC

182

SEP 0 1 2021