Deprived Federal Constitutional Rights 42 US Code Section 1983 In violation of Substantive and Procedural Due Process rights under Fifth and Fourteenth Amendment Violating Constitutional and Fundamental Liberty Interests of the care of my child. Unconstitutional Infringement on Fundamental Rights in Violation of Rights to Family Integrity and Due Process of Law in a Pattern of Legal Error, Bill of Rights 8, 9, 11 all violated Guaranteeing Fair Procedure and non-arbitrary action violating Substantive and Procedural Due process of law Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege that is protected by the ConstitutionPassage of the Reconstruction . amendments protecting children and parental rights to family integrity and family Unity with government action threatening the fundamental rights and substantially interfering violating family Integrity judicial decisions violating procedural due process depriving rights to life and Liberty under section 1983 not ever allowed rights to a fair trial violating procedural due process degrading me, causing cruel treatment used with abuse of power. In violation of Substantive and Procedural Due Process rights under Fifth and Fourteenth Amendment Violating Constitutional and Fundamental Liberty and Interests of the care of my child Unconstitutional Infringement on Fundamental Rights in Violation of Rights to Family Integrity and Due Process of Law in a Pattern of Legal Error, Bill of Rights 8, 9, 11 all violated Guaranteeing Fair Procedure and non-arbitrary action violating Substantive and Procedural Due process of law Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege that is protected by the Constitution In a Process of Excessive Legal Error, beginning 9/22/2020 my 16 year old son and I were brought before Judge Chad Logan, Shenandoah County Juvenile & Domestic Relations Court having no prior involvement with court services. A petition alleging truancy was filed without meeting requirements in 8VAC-20-730-20. Commonwealth of Virginia and Judge Logan, recklessly disregarded the truth and showed prejudice to me and my son by not allowing all testimonies to be heard. Not ever hearing Lori Swortzel, Principal at Central High School testimony providing innocence of truancy accusations and giving preponderance of evidence. The testimony would have given the outcome completely different results. Judge Logan made an improper ruling and convicted my son placing him on house arrest, weekly drug screens, and court monitoring appointing CHINS Larry Mayer with no evidence or probable cause. My son is not nor has ever been a child in need of supervision, not ever subjected to any type of abuse, neglect, or maltreatment, no acts of delinquency, and attendance was never an issue before 2019-2020 in which the absences were caused by reasons out of my son's control, involving no acts of truancy. On October 27, 2020 during truancy proceedings Larry Mayer GAL, with no probable cause randomly asked I give urine screen violating constitutional rights causing Unlawful Search and Seizure diminishing expectations of privacy, violating Due Process Clause under The Fourth Amendment. I do not have any drug related charges and no history of drug use and with no established probable cause liated me whe.ge Logan illustrated abdication of discretion, and seemed to lack judicial competence, allowing former LDSS, Stephanie Danner to directly engage in conduct on his behalf and rule in judicial proceedings. Former LDSS, Stephanie Danner coe, refusing to allow my son to come home with meediately threatening me that my son would be placed in foster care even though there was no evidence of abuse, neglect, or any danger my son faced at home. Violating Procedural Due Process, the immediate unlawful seizure of my son was based on insufficient evidence and no probable cause. It has now been

\

more than ten months with no court hearing. Therefore, the Right to Substantive Due Process under The Fourteenth Amendment has been violated having no evidence of my son ever being in any danger or ever been subjected to abuse or neglect not even reasonable suspicion existed. Stephanie Danner former LDSS immediately restricted my ability to be alone with my son allowing me only supervised visitation. Deprived of Life and Liberty, my own child. LDSS never provided a disposition Violating not only my right to Fundamental Family Integrity also my sons who are 19 and 17 both high school graduates. LDSS created no sworn statement specifying factual circumstances warranting the removal of my son Alic. Judge Logan never allowed an initial hearing that provided an explanation to a basis of any adverse finding against me that would link abuse, neglect, or determine whether my son should be removed. I was never shown any substantial or credible evidence against me. I was never provided notice of any charges against me and or provided with an opportunity to defend myself in a meaningful way at a meaningful timelating the Fundamental Rights and Fairness in Due Process Clause. Judicial Proceedings 8 Child and Family Service 8.2.4 Five Day Hearing must occur following removal VA Code 16.1-252. It has been more than ten months that my son and I have been separated. On March 11, 2021 when my son and I appeared before Judge Logan for a review regarding truancy. My son was released from all court services and monitoring, after my son's announcement of his success in graduating High School on March 3, 2021. Stephanie Danner, former LDSS handed me a petition that was dated 02/08/2021, with fabricated testimony alleging that I violated a court order and did not follow recommendations made by LDSS, without there being any evidence of a court order the existing petition was filed I am facing the second unlawful arrest with most recently on March 25, 2021 Judge Chad Arthur Logan, convicted me and sentenced me to jail for violating a court order that does not exist. The False Statement, was given by Stephanie Cool-Danner former FSS at LDSS on February 8, 2021 to the Shenandoah County Juvenile and Domestic Relations Court, with the Commonwealth Attorney Brian Cooper Layton, and the Juvenile and Domestic Relations Court accepting and publishing a fraudulent document filed by LDSS and created by Mayor of Woodstock, Virginia Jeremy Mcleary also the attorney representing Shenandoah County DSS with no such evidence of me being under a court order. Shenandoah County Department of Social Services is seeking I serve a jail sentence making false claims that I violated a court order. The false claims against me slandering my name and causing defamation of character. Witge Logan wrongfully convicted me for violating the court order that does not exist. 3/25/2021 Prosecutor Brian Layton and Stephanie Cool-Danner former FSS at LDSS slandered my name making false accusations under oath and I was wrongfully convicted and suffered false arrest. Commonwealth Attorney Brian Layton continues to verify the false statements made by Stephanie Cool-Danner

The Ethical Misconduct and Negligence of Stephanie Cool-Danner, former FSS and her supervisor Heather Frost, LDSS exposed my son to a completely unreasonable risk of harm in their Breach of Contract to the Obligations they have to their clients. False statements made in order to unlawfully seize my son and create false documents to wrongfully convict me. Shenandoah County Department of Social Services improper interference with the Fundamental Constitutional Right to Familial Relations and Integrity. Stephanie Cool-Danner's conduct was extreme and outrageous causing irreparable damage and inflicting emotional and mental distress. She made threats against me and when I confided in her supervisor Heather Frost requesting a new social worker I was denied with threats made by Heather Frost that if my son

was found with me unsupervised she would file a show cause stating I broke court order and would likely go to jail. My son has not been to a dentist in nearly a year as well as other Doctor visits that have been placed on hold which shows a complete disregard for my son's well being.

Action brought under 42 U.S.C. Section 1983 Deprivation of Rights Under Color of Law Malicious Prosecution, Violating Procedural Due Process and Constitutional Rights. Judicial Decisions made by the Commonwealth of Virginia have been Lawless and Intentional, Inflicting severe mental and emotional distress. Causing Irreparable Damage and we continue to suffer due to the false statements made by LDSS in order to file a petition alleging I violated a court order with no court order existing. 3/25/2021 I was wrongfully convicted for the false allegation and Brad Pollack filed a petition.
Currently, I have made arrangements with the Shenandoah County, Commonwealth of Virginia, to turn myself into the Northwestern Regional Jail in Front Royal, Virginia, for failure to appear in court on June 2, 2021, for the false charges that were filed against me with false statement not ever receiving Due Notice



To Whom It May Concern:

I am writing to you on behalf of Megan Whittington. I am the principal of Central High School and have her children enrolled in the school. I have been working with Ms. Whittington over the past year and she has been working very hard trying to recover from a traumatic incident in their lives involving the death of her father in January of 2019 that forced them to move out of their family home. She has been diligently working to provide for her family but as a single parent it is a struggle. Their current living situation was meant to be a temporary one. She has teenage boys and is living in a 1 bedroom place belonging to Hank McCall. I can tell you that she is not one to accept handouts and only truly wants to be able to provide a stable home for her and her children again. I know the past year has been a difficult one for her and her children. This letter proves to be verification that Megan has been in contact with me to discuss issues and concerns due to her children and any issues they may have in school.

Thank you.

*[signature]*

Lori A. Swortzel, principal

JAN  FEB  MAR  APR  MAY  (JUN)  JUL  AUG  SEP  OCT  NOV  DEC
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 (17) 18 19 20 21 22 23 24 25 26 27 28 29 30 31

My name is Alic Stanley which you already know October 27th, 2020 I was removed from my home because my mother failed a drug test. My Mom has never put me in harm's way or my brother. She has taken care of us both by herself our whole lives because my father was murdered in 2008. This whole situation started over truancy. I was arrested in my bed at 11:00 PM because I did not make it to the court house because my Mom had gotten her period and didn't take me. Neither of us knew the consequences were going to be so severe. The next night after I failed to take drug screen I was arrested and sentenced to 11 days. The 11 days came up I had virtual court with Judge Logan. After being on the phone with my mom and her telling me I'm getting out that day Judge Logan decided to hold me for another 10 days on an assault charge that never happened. To this day I am not allowed to see my Mom. I love her so much I have graduated I'm working 50+ hours a week. We both have served jail time and house arrest. This is all started over truancy please just reunite us and let us be happy we have suffered enough...

*Alic Stanley*

June 12th, 2021

Hello, My name is Brayden Stanley. I'm the oldest son of Megan Whittingtons, and the older brother of Alic Stanley. I'm writing this letter to hopefully defend my mother's name and help to get my brother back home. My mom has been a single mother for the past thirteen years, and not once have I ever witnessed her do drugs. She would work multiple jobs when I was younger to give me and my brother all that we could hope for. She has always been a kind, loving and caring woman. However, a few years ago her father passed away to cancer and it damaged her. The things that the three of us have had to endure for the past three years has been painful, but slowly my mom started healing mentally. That is until my brother was taken away, and everything else that led to this point. I'm pleading for not only the sake of my mom, but also for my brother's sake. Please, have mercy.

-Brayden Stanley